J. H. THAYER MARTIN, STATE TAX COMMISSIONER OF THE STATE OF NEW JERSEY, DEFENDANT-PETITIONER, v. ELIAS H. BIRD AND GEORGE M. GRIFFEN, INDIVIDUALLY AND AS EXECUTORS UNDER THE LAST WILL AND TESTAMENT OF ELIZA A. VANDERBEEK, DECEASED, PROSECUTORS-RESPONDENTS.

Submitted January 21, 1941—Decided May 12, 1941.

Before Justices CASE, DONGES and HEHER.

For the State Tax Commissioner, *David T. Wilentz,* Attorney-General, and *William A. Moore.*

For the prosecutors of the writ, *George W. V. Moy.*

PER CURIAM.

The proceedings below are, we find, without error. The decree is affirmed, for the reasons expressed in the opinion of the Prerogative Court.